**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SPECS GMBH, et al.,**

    Plaintiffs,

v.                                                Case No.  8:12-cv-429-T-30EAJ

**SPECS SCIENTIFIC INSTRUMENTS,**
**INC., et al.,**

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiffs' Motion for Entry of a Final Default Judgment and Permanent Injunction Against Defendants, SPECS Scientific Instruments, Inc. and SPECS Technologies Corporation (Dkt. 16).  Upon review of the docket, the Court finds that Plaintiffs have failed to move for a default pursuant to Fed. R. Civ. P. 55(a).  Rule 1.07(b) of the United States District Court for the Middle District of Florida addresses the proper procedure for default judgments, requiring that "the party effecting service shall promptly apply to the Clerk for *an entry of default pursuant to Rule 55(a), Fed. R. Civ. P.,* and shall *then proceed* without delay to apply for a judgment pursuant to Rule 55(b), Fed. R. Civ. P." (emphasis added).  As such, a motion for default judgment is premature at this juncture until a Clerk's default has been entered.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiffs' Motion for Entry of a Final Default Judgment and Permanent Injunction Against Defendants (Dkt. 16) is DENIED.

2. Plaintiffs may refile their motion at the appropriate time after a default has been entered against Defendants.

**DONE** and **ORDERED** in Tampa, Florida on December 3, 2012.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2012\12-cv429.orderdenyingdefaultjudgment.frm