UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SPECS GmbH, and
SPECS SURFACE AND
NANO ANALYSIS, INC.,

    Plaintiffs,

CASE NO.: 8:12-cv-429-T-30EAJ

v.

SPECS SCIENTIFIC
INSTRUMENTS, INC.,
a Florida corporation;
SPECS TECHNOLOGIES
CORPORATION, a Florida
corporation; and DIETRICH
von DIEMAR, an Individual,

    Defendants.
_____/

## FINAL JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS SPECS SCIENTIFIC INSTRUMENTS, INC. AND SPECS TECHNOLOGIES CORPORATION

THIS CAUSE comes before the Court upon consideration of Plaintiffs' Motion for Entry of a Final Default Judgment and Permanent Injunction (Dkt. 23). Defendants have failed to respond within the seventeen day period to the motion for final default judgment. The Court, having reviewed the motion and being otherwise fully aware of the premises, concludes the motion should be granted in part[1] and makes the following findings of fact and conclusions of law:

---

[1] The Court retains most the material terms of the Plaintiffs' Proposed Final Judgment and Permanent Injunction Against Defendants SPECS Scientific Instruments, Inc., and SPECS Technologies Corporation. However, the Court only retains jurisdiction over this matter to enforce the permanent injunction for one year following entry of this Order and excludes the Plaintiffs' clause that the parties waive appeal of this Order.

1. This Court has jurisdiction over the Plaintiffs, SPECS GmbH, SPECS Surface and Nano Analysis, Inc., (hereinafter "Plaintiffs") and Defendants, SPECS Scientific Instruments, Inc. and SPECS Technologies Corporation (hereinafter "SPECS Defendants"), and the subject matter of this action.

2. Plaintiffs are the owners of the distinctive trademarks attached as Exhibit B (hereinafter referred to as the "SPECS Trademarks"). The registrations are valid and subsisting and are conclusive proof of Plaintiffs' rights to the marks noted.

3. Plaintiffs request that this Court grant a Permanent Injunction forever enjoining SPECS Defendants from utilizing the SPECS Trademarks in conjunction with the offering for sale, distribution, marketing, advertising and sale of systems and components for surface analysis, and provision of services in connection with surface analysis;

In view of the foregoing:

**IT IS ORDERED AND ADJUDGED** that a PERMANENT INJUNCTION is entered as to Defendants, SPECS Scientific Instruments, Inc. and SPECS Technologies Corporation, pursuant to Rule 65 of the Federal Rules of Civil Procedure, enjoining Defendants, their agents, servants, officers, directors, shareholders, employees, including but not limited to Dietrich von Diemar, and attorneys, and upon those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise:

    a. From advertising, marketing, promoting, soliciting, selling and/or offering for sale any goods and/or services including, but not limited to, systems and

components for surface analysis, not authorized by Plaintiffs, bearing unauthorized simulations, reproductions, counterfeits, copies or colorable imitations of the SPECS Trademarks listed on Exhibit B to this Order;

b. From passing off, inducing or enabling others, to produce or pass off, as authentic services produced by the Plaintiffs or otherwise authorized by Plaintiffs, any services not authorized by Plaintiffs or produced under the control or supervision of Plaintiffs, or approved by Plaintiffs, which utilize any of the SPECS Trademarks listed on Exhibit B to this Order;

c. From diluting and infringing the SPECS Trademarks and damaging its goodwill; and

d. From causing, aiding, and/or abetting any other person from doing any act proscribed under a. through c. above.

It is further, **ORDERED AND ADJUDGED,**

That SPECS Defendants shall, within thirty (30) days of issuance of this Order, turn over and transfer possession of all physical signage that utilize or incorporate the SPECS Trademarks located at any business operated, owned or controlled by SPECS Defendants, to Plaintiffs' counsel. In complying with the Order, SPECS Defendants shall cooperate with Plaintiffs' counsel in arranging reasonable dates and times to turn over the infringing signage.

It is further, **ORDERED AND ADJUDGED,**

That SPECS Defendants shall transfer ownership of the domain name "specs-scientific.net" to Plaintiffs, or their designee, within thirty (30) days of the entry of this

Order, including cooperating with Plaintiffs' counsel to arrange for the transfer. As part of this cooperation, SPECS Defendants shall execute any and all transfer documentation provided by the registrar of the domain name and pass on any transfer codes provided by the registrar to Plaintiffs' counsel, to effectuate the transfer. If SPECS Defendants refuse to cooperate with the transfer of the domain name within thirty (30) days of issuance of this order, it is further ordered that the registrar of the domain name "specs-scientific.net" shall thereafter transfer the domain name to the Plaintiffs or their designee upon presentation of a certified copy of this Order by the Plaintiffs.

It is further, **ORDERED AND ADJUDGED,**

That Plaintiffs shall provide a report to this Court within sixty (60) days of entry of this Order showing whether the SPECS Defendants have fully complied with this Order, and if the Defendants have failed to fully comply, to seek further direction and orders from the Court to compel full compliance.

It is further, **ORDERED AND ADJUDGED,**

That this Court shall retain jurisdiction for one year following entry of this Order for purposes of enforcing the provisions of the Permanent Injunction and Final Order by way of contempt or otherwise. Defendants shall not contest the validity of the SPECS Trademarks in any such proceedings.

It is therefore **ORDERED AND ADJUDGED:**

1) Plaintiffs' Motion for Entry of a Final Default Judgment and Permanent Injunction (Dkt. 23) is GRANTED IN PART as stated herein.

2) The Clerk is directed to enter final default judgment in favor of Plaintiffs SPECS GmbH and SPECS Surface and Nano Analysis, Inc., against Defendants SPECS Scientific Instruments, Inc., SPECS Technologies Corporation.

**DONE** and **ORDERED** in Tampa, Florida on April 23, 2013.

*(signature)*
The Honorable James S. Moody, Jr.
United States District Judge

12-cv-429.permanentinjunction

**Deutsches Patent- und Markenamt**   Jena, den   02.03.2006   

Dienststelle Jena

☎(03641) 40 -5712  Frau Lawatsch

Registernr.: **1 166 661**

Inhaber: SPECS Gesellschaft für Oberflächenanalytik und Computertechnologie mbH, Berl..

Ihr Zeichen:

Formlos

Deutsches Patent- und Markenamt · 07738 Jena

SPECS GmbH
Fr. Annette Pflamm
Voltastr. 5

13355 Berlin

Bitte Registernummer / Inhaber bei Eingaben, bei Zahlungen auch Geb.-code angeben!

# BESCHEINIGUNG

## über die in das Register eingetragenen Angaben

Die Marke mit der Registernummer 1 166 661 ist mit den folgenden Angaben in das Register des Deutschen Patent- und Markenamts eingetragen.

Die Schutzdauer der Marke beginnt mit dem Anmeldetag und endet am 31.12.2009.
Eine Verlängerung um jeweils zehn Jahre ist gemäß § 47 Markengesetz möglich.



Exhibit B

Anlagen: 1 -- Bitte verwenden Sie für künftige Anträge (Registerauszüge / Heimatbescheinigungen) das Formular W7027! (auch im Internet s.u.)und senden diese in nur einem Exemplar(mögl.als Fax).an die Dst.Jena des DPMA

Interne Bearbeitungsvermerke:  A 4829409 / Z 6921205

7313J   Telefon  (036 41) 40 54   Hausadresse (Fracht)   Bankverbindung   Kto: 700 010 54  (BLZ 700 000 00)

[—] keine Widersprüche

**Dingliche Rechte, Konkursverfahren, Zwangsvollstreckung**
Art der Belastung: -  eingetragen am: -

**Teilungen:**
abgeteilte Marken:
**Berichtigungen:**

EDV-Verfahrensstand:    Marke eingetragen(26.10.1990)



**Registerauszug, Stand: 02.03.2006**

[111] Registernummer: 1 166 661    [220] Anmeldetag: 08.12.1989    [511] Leitklasse: 09



[210] Aktenzeichen: S 49513 / 09
[442] Bekanntmachungstag: 14.07.1990
[151] Tag der Eintragung: 26.10.1990
[450] Tag der Veröffentlichung der Eintragung: 15.12.1990

1 166 661
9                           S 49513/9 Wz



[540] Marke: SPECS
[---] Markenform: Wort-/Bildmarke
[591] Farbige Eintragung mit folgenden Farben: ·
[551] Kollektivmarke: -
[571] Der Anmeldung ist eine Beschreibung beigefügt: -
[521] Durchgesetzte Marke: -
[521] Durchgesetzter Markenbestandteil: ·
[---] Internationale Registrierung: -
[390] Telle-Quelle-Marke: -
[521] Verlängert mit Wirkung vom: 09.12.1999

[732] Name und Sitz des Inhabers der Marke:
SPECS Gesellschaft für Oberflächenanalytik und Computertechnologie mbH, 13355 Berlin, DE
[750] Zustellanschrift:
SPECS Gesellschaft für Ober- flächenanalytik und Computer- technologie mbH, Voltastr. 5, 13355 Berlin
[740] Name und Sitz des gegenwärtigen Vertreters:

[510] Verzeichnis der Waren und Dienstleistungen:
Rechenmaschinen, Datenverarbeitungsgeräte und Computer; auf Datenträger aufgezeichnete Programme, insbesondere Computerprogramme und Betriebssysteme; Analysegeräte;
[511] Klassen: 09
[300] Unionspriorität (Datum, Land, Aktenzeichen):

[230] Ausstellungspriorität (Datum, Angaben zur Ausstellung):

[300] Gemeinschaftspriorität (Datum, EM, Aktenzeichen):

[---] Seniorität nach Art. 34 GMV für folgende Gemeinschaftsmarke: -

WORLD INTELLECTUAL
PROPERTY ORGANIZATION

34, chemin des Colombettes, P.O. Box 18, CH-1211 Geneva 20 (Switzerland)
Tel.: (41-22) 338 9111 · Facsimile (International Registry of Marks): (41-22) 740 1429
E-mail: intreg.mail@wipo.int - Internet: http://www.wipo.int



MADRID AGREEMENT AND PROTOCOL

# CERTIFICATE OF REGISTRATION

The International Bureau of the World Intellectual Property Organization (WIPO) certifies that the indications appearing in the present certificate conform to the recording made in the International Register of Marks maintained under the Madrid Agreement and Protocol.

Judith ZAHRA
Officer-in-charge
International Registrations Department
International Registrations
Operations Division

Geneva, May 22, 2008

### 960 812

*Registration date:* January 23, 2008
*Date next payment due:* January 23, 2018

SPECS Gesellschaft für
Oberflächenanalytik und
Computertechnologie mbH
Voltastr. 5
13355 Berlin
(Germany).

*Legal nature of the holder (legal entity) and place of organization:* Limited Liability Company, Germany.
*Name and address of the representative:* STIPPL PATENTANWÄLTE, Freiligrathstr. 7a, 90482 Nürnberg (Germany).

S P€C S

*Classification of figurative elements:*
27.5.

*List of goods and services.- NCL(9):*
9  Scientific, surveying, photographic, cinematographic, optical, weighing, measuring, signalling, checking (supervision), life-saving and teaching apparatus and instruments; apparatus and instruments for conducting, switching, transforming, accumulating, regulating, or controlling electricity; apparatus for recording, transmission or reproduction of sound or images; magnetic data carriers, calculating machines, data processing equipment and computers; recorded or downloadable programs, in particular computer programs and operating systems; X-ray spectrometers, UV spectrometers, power sources for material deposition, scientific instruments for the preparation of materials, lasers, devices for analysis, surface analysis devices, detectors, electron spectrometers, monochromators, electric radiation sources for stimulating ionic, electron, x-ray and UV radiation, sample carriers, manipulation systems, microscopes; parts for the aforesaid goods.
41  Providing of training; arranging and conducting seminars and workshops; training courses, in particular courses for handling and operating technical apparatus, in particular surface analysis devices.
42  Scientific and technological services and research and design relating thereto; industrial analysis and research services; design and development of computer hardware and software.

*Basic application:* European Community, 27.08.2007, 006262182.
*Data relating to priority under the Paris Convention:* European Community, 27.08.2007, 006262182.
*Designations under the Madrid Protocol:* China, Japan.
*Date of notification:* 22.05.2008
*Language of the international application:* English

**EXHIBIT C**