**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SPECS GmbH, and**
**SPECS SURFACE AND**
**NANO ANALYSIS, INC.,**

    Plaintiffs,

                                               CASE NO.:  8:12-cv-429-T-30EAJ

v.

**SPECS SCIENTIFIC**
**INSTRUMENTS, INC.,**
**a Florida corporation;**
**SPECS TECHNOLOGIES**
**CORPORATION, a Florida**
**corporation; and DIETRICH**
**von DIEMAR, an Individual,**

    Defendants.
_____/

**AMENDED[1] FINAL JUDGMENT AND PERMANENT INJUNCTION**
**AGAINST DEFENDANTS SPECS SCIENTIFIC INSTRUMENTS, INC.**
**AND SPECS TECHNOLOGIES CORPORATION**

THIS CAUSE comes before the Court upon consideration of Plaintiffs' Motion for Entry of a Final Default Judgment and Permanent Injunction (Dkt. 23). Defendants have failed to respond within the seventeen day period to the motion for final default judgment. The Court, having reviewed the motion and being otherwise fully aware of the premises, concludes the motion should be granted in part[2] and makes the following findings of fact and conclusions of law:

    1.    This Court has jurisdiction over the Plaintiffs, SPECS GmbH, SPECS Surface and Nano Analysis, Inc., (hereinafter "Plaintiffs") and Defendants, SPECS Scientific Instruments,

---

[1] This Order is amended as to footnote #2 only.

[2] The Court retains most the material terms of the Plaintiff's Proposed Final Judgment and Permanent Injunction Against Defendants SPECS Scientific Instruments, Inc., and SPECS Technologies Corporation. However, the Court excludes the Plaintiffs' clause that the parties waive appeal of this Order.

Inc. and SPECS Technologies Corporation (hereinafter "SPECS Defendants"), and the subject matter of this action.

2.   Plaintiffs are the owners of the distinctive trademarks attached as Exhibit B (hereinafter referred to as the "SPECS Trademarks"). The registrations are valid and subsisting and are conclusive proof of Plaintiffs' rights to the marks noted.

3.   Plaintiffs request that this Court grant a Permanent Injunction forever enjoining SPECS Defendants from utilizing the SPECS Trademarks in conjunction with the offering for sale, distribution, marketing, advertising and sale of systems and components for surface analysis, and provision of services in connection with surface analysis;

In view of the foregoing:

**IT IS ORDERED AND ADJUDGED** that a PERMANENT INJUNCTION is entered as to Defendants, SPECS Scientific Instruments, Inc. and SPECS Technologies Corporation, pursuant to Rule 65 of the Federal Rules of Civil Procedure, enjoining Defendants, their agents, servants, officers, directors, shareholders, employees, including but not limited to Dietrich von Diemar, and attorneys, and upon those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise:

a. From advertising, marketing, promoting, soliciting, selling and/or offering for sale any goods and/or services including, but not limited to, systems and components for surface analysis, not authorized by Plaintiffs, bearing unauthorized simulations, reproductions, counterfeits, copies or colorable imitations of the SPECS Trademarks listed on Exhibit B to this Order;

b. From passing off, inducing or enabling others, to produce or pass off, as authentic services produced by the Plaintiffs or otherwise authorized by Plaintiffs, any services not authorized by Plaintiffs or produced under the control or supervision of Plaintiffs,

    or approved by Plaintiffs, which utilize any of the SPECS Trademarks listed on Exhibit B to this Order;

c. From diluting and infringing the SPECS Trademarks and damaging its goodwill; and

d. From causing, aiding, and/or abetting any other person from doing any act proscribed under a. through c. above.

It is further, **ORDERED AND ADJUDGED,**

That SPECS Defendants shall, within thirty (30) days of issuance of this Order, turn over and transfer possession of all physical signage that utilize or incorporate the SPECS Trademarks located at any business operated, owned or controlled by SPECS Defendants, to Plaintiffs' counsel. In complying with the Order, SPECS Defendants shall cooperate with Plaintiffs' counsel in arranging reasonable dates and times to turn over the infringing signage.

It is further, **ORDERED AND ADJUDGED**,

That SPECS Defendants shall transfer ownership of the domain name "specs-scientific.net" to Plaintiffs, or their designee, within thirty (30) days of the entry of this Order, including cooperating with Plaintiffs' counsel to arrange for the transfer. As part of this cooperation, SPECS Defendants shall execute any and all transfer documentation provided by the registrar of the domain name and pass on any transfer codes provided by the registrar to Plaintiffs' counsel, to effectuate the transfer. If SPECS Defendants refuse to cooperate with the transfer of the domain name within thirty (30) days of issuance of this order, it is further ordered that the registrar of the domain name "specs-scientific.net" shall thereafter transfer the domain name to the Plaintiffs or their designee upon presentation of a certified copy of this Order by the Plaintiffs.

It is further, **ORDERED AND ADJUDGED**,

That Plaintiffs shall provide a report to this Court within sixty (60) days of entry of this Order showing whether the SPECS Defendants have fully complied with this Order, and if the Defendants have failed to fully comply, to seek further direction and orders from the Court to compel full compliance.

It is further, **ORDERED AND ADJUDGED,**

That this Court shall retain jurisdiction over this action for purposes of enforcing the provisions of the Permanent Injunction and Final Order by way of contempt or otherwise. Defendants shall not contest the validity of the SPECS Trademarks in any such proceedings.

It is therefore **ORDERED AND ADJUDGED**:

1. Plaintiffs' Motion for Entry of a Final Default Judgment and Permanent Injunction (Dkt. 23) is GRANTED IN PART as stated herein.

2. The Clerk is directed to enter final default judgment in favor of Plaintiffs SPECS GmbH and SPECS Surface and Nano Analysis, Inc., against Defendants SPECS Scientific Instruments, Inc., SPECS Technologies Corporation.

DONE AND ORDERED this 30th day of April, 2013, at Tampa, Florida.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

Attachments:
Exhibit "B" – SPECS Trademarks
Exhibit "C" – Certificate of Registration

S:\Odd\2012\12-cv-429 amended FJ.docx