**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SPECS GMBH, et al.,**

    **Plaintiffs,**

v.                                                                      Case No.  8:12-cv-429-T-30EAJ

**SPECS SCIENTIFIC INSTRUMENTS,**
**INC., et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiffs' Motion to Compel Defendants to Comply Fully with Final Judgments and Permanent Injunctions (Dkt. 32). The Defendants have failed to respond. The Court, having reviewed the motion and being otherwise advised in the premises, concludes the motion to compel should be granted.

This case concerned Defendants SPECS Scientific Instruments, Inc., SPECS Technologies Corporation, and Dietrich von Diemar's infringement of Plaintiffs SPECS GmbH, SPECS Surface and Nano Analysis, Inc.'s trademarks. On April 30, 2013, the Court entered an Amended Final Judgment and Permanent Injunction Against Defendants SPECS Scientific Instruments, Inc., and SPECS Technologies Corporation (Dkt. 27). On May 21, 2013, the Court entered a Summary Final Judgment and Permanent Injunction Against Defendant Dietrich von Diemar (Dkt. 28).

Both permanent injunctions required the Defendants to do the following: "transfer ownership of the domain name 'specs-scientific.net' to Plaintiffs, or their designee, within thirty (30) days of the entry of this Order." Dkt. 27 at 3; Dkt. 28 at 4. Plaintiffs represent

to the Court in their motion to compel compliance that, although Defendants appear to have taken down their website at the www.specs-scientific.net address, they have not taken any steps to transfer ownership of the domain name from their registrar, Go.Daddy.com, LLC. The Court's orders required Defendants to *transfer* ownership, not simply disable access.

It is axiomatic that the Court possesses authority to enforce its own judgments. Accordingly, the Court orders Defendants to notify their registrar, Go.Daddy.com, LLC, of the Court's domain name registration transfer order, to execute any and all transfer documentation provided by Go.Daddy.com, LLC, and pass on any transfer codes to Plaintiffs' counsel to effectuate the transfer.  Defendants shall comply with this Order within fourteen (14) days of the date of this Order.  If Defendants fail to do so within the applicable time period, Plaintiffs may file a motion to hold Defendants in civil contempt.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiffs' Motion to Compel Defendants to Comply Fully with Final Judgments and Permanent Injunctions (Dkt. 32) is GRANTED.

2. Defendants shall comply with this Order within fourteen (14) days of the date of this Order.

**DONE** and **ORDERED** in Tampa, Florida on July 12, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2012\12-cv-429.compelcompliance.frm